# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD FULLER,<br><br>    Plaintiff,<br><br>    v.<br><br>TARA, *et al.*,<br><br>    Defendants. | Case No. CV 10-00303 MMM (JCG)<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Complaint, all of the records herein, and the attached Report and Recommendation of the United States Magistrate Judge.  No objections to the Report and Recommendation have been filed.  The Court approves and adopts the Magistrate Judge's Report and Recommendation.

Accordingly, IT IS ORDERED THAT:

1. Judgment shall be entered dismissing the action without prejudice.
2. The Clerk shall serve copies of this Order and the Judgment on the parties.

Dated: July 16, 2010

_____
MARGARET M. MORROW
UNITED STATES DISTRICT JUDGE