JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD FULLER, | ) Case No. CV 10-00303 MMM (JCG) |
| Plaintiff, | ) |
| v. | ) JUDGMENT |
| TARA, *et al.*, | ) |
| Defendants. | ) |

IT IS ADJUDGED that the above-captioned action is **DISMISSED WITHOUT PREJUDICE**.

DATED: July 16, 2010

_____
MARGARET M. MORROW
UNITED STATES DISTRICT JUDGE